# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 25, 2001

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

No. 00-2349

ROBERT BROWN,

        *Plaintiff-Appellant*,

    *v.*

ILLINOIS CENTRAL RAILROAD COMPANY,

        *Defendant-Appellee*.

Appeal from the United States District
Court for the Northern District
of Illinois, Eastern Division.

No. 97 C 4836

Charles P. Kocoras,
*Judge*.

**O R D E R**

The opinion of this court dated June 20, 2001 is hereby corrected.

On page 3, first full paragraph, the sentence reading, "Trainmen with the most seniority at IC fill the regular, six day per week positions" should be deleted.

On page 20, first full paragraph, line 8, the word "as" should be "was". In the same paragraph, line 15, the word "discrimination" should be "nondiscrimination".

On page 21, first full paragraph, line 5, the word "railroad" should be lower case.

On page 23, footnote 12, line5, the word "bring" should be "bringing".